**Rinda Renee TIMMONS, Respondent,**

v.

**Roscoe Stanley TIMMONS, Appellant.**

**WD 79389**

Missouri Court of Appeals, Western District.

Order filed: October 11, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied November 22, 2016

Jonathan Sternberg, for Respondent

William J. Hudnall, for Appellant

Before Division Three: Victor C. Howard, Presiding Judge, Lisa White Hardwick, Judge and Edward R. Ardini, Jr., Judge

## ORDER

PER CURIAM:

Roscoe Timmons appeals the judgment of the trial court dissolving his marriage to Rinda Timmons. He argues the trial court erred in dissolving the marriage because it did not have jurisdiction to do so because the parties' pleadings averred they were not yet separated, which husband claims fails to comply with the statutory requirements of a petition for dissolution of marriage. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).